# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3983

_____

Dianne Hercules,       *
      *
      Appellant,       *
      *    Appeal from the United States
      v.       *    District Court for the Eastern
      *    District of Missouri.
David Brown, Jr.; Jeff Childress;       *
Robert H. Kelley,       *     [UNPUBLISHED]
      *
      Appellees.       *

_____

Submitted: July 27, 2001

Filed: July 31, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Dianne Hercules appeals the 28 U.S.C. § 1915(e)(2)(B)(ii) dismissal without prejudice of Hercules's complaint. Having reviewed the record, we conclude the district court properly dismissed Hercules's complaint for failure to comply with Federal Rule of Civil Procedure 8. Without even attempting to explain her claim, Hercules simply made reference to multiple attachments.

Accordingly, we affirm the dismissal. See 8th Cir. R. 47A(a).

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.